RECEIVED

JAN 3 0 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARILYN GRASSO BUFORD | CIVIL ACTION NO. 6:11-cv-01828 |
| VERSUS | JUDGE DOHERTY |
| JP MORGAN CHASE BANK, NA ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that defendant Jackson & McPherson, LLC's motion for judgment on the pleadings (Rec. Doc. 79) is **GRANTED**, the plaintiff's claims against Jackson & McPherson, LLC are **DISMISSED WITH PREJUDICE**, and this action is **REMANDED** to the 15th Judicial District Court, Lafayette Parish, Louisiana, for further proceedings, consistent with the report and recommendation.

Lafayette, Louisiana, this 30 day of January, 2013.

Rebecca F. Doherty
United States District Judge