UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARILYN GRASSO BUFORD | * | CIVIL ACTION NO.: 11-1828 |
| VERSUS | * | |
| | * | JUDGE: REBECCA DOHERTY |
| JPMORGAN CHASE BANK | * | |
| NATIONAL ASSOCATION AND | * | |
| JACKSON & MCPHERSON, LLC | * | MAGISTRATE: PATRICK HANNA |

## FINAL MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Marilyn Grasso Buford ("Buford") who, for purposes of this Final Motion to Dismiss with Prejudice, respectfully represent that:

1. Buford brought this action initially in State Court and it was subsequently removed to Federal Court.

2. This matter has been settled in full and, as such, Buford now seeks to have this action dismissed with prejudice.

WHEREFORE, Marilyn Grasso Buford prays that her Final Motion to Dismiss with Prejudice be granted and that the above-numbered and entitled cause be dismissed with prejudice.

MAY 8 2014

Respectfully submitted,

**J. QUENTIN SIMON, LTD.**

_____
J. QUENTIN SIMON (#25502)
1408 West Pinhook Road – Suite A
Post Office Box 52851
Lafayette, Louisiana 70505
Telephone: (337) 235-3200
Facsimile:  (337) 235-2600

**COUNSEL FOR PLAINTIFF,
MARILYN GRASSO BUFORD**

MAY 8 2014