RECEIVED
MAY 1 9 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

To: All Counsel of Record

Issued By: Judge Rebecca F. Doherty

Re: Marilyn Grasso Buford v. JP Morgan Chase Bank N.A., et al
Civil Action No. 11-1828

Date: May 19, 2014

## MINUTE ENTRY

The Court is in receipt of plaintiff's "Final Motion to Dismiss with Prejudice" [Doc. 91], filed on May 15, 2014, wherein plaintiff notes "[t]his matter has been settled in full and . . . [plaintiff] now seeks to have this action dismissed with prejudice." [Id. at 1] On January 31, 2013, this Court dismissed with prejudice the remaining federal claims asserted by plaintiff, and remanded the remaining state law claim to state court. [Doc. 88] Accordingly, this Court no longer has jurisdiction over this matter. In light of the foregoing, the Clerk of Court is INSTRUCTED to TERMINATE plaintiff's "Final Motion to Dismiss with Prejudice."